

FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>FERNANDO CAMPO-ALVARES (1),<br>FERNANDO MARTINEZ (2),<br><br>   Defendants. | Criminal Case No. 08CR2153-BEN<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about June 9, 2008, within the Southern District of California, defendants FERNANDO CAMPO-ALVARES and FERNANDO MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Santiago Navarro-Beas, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 26, 2008.

                KAREN P. HEWITT
                United States Attorney

                CARLA J. BRESSLER
                Assistant U.S. Attorney

CJB:es:San Diego
6/16/08