

AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| FERNANDO CAMPO-ALVARES | CASE NUMBER: _08 CR 2153- BEN_ |

I, FERNANDO CAMPO-ALVARES, the above-named defendant, who is accused of committing the

following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of
> Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open

court on  _6/26/08_  prosecution by indictment and consent that the proceeding may be by

information rather than by indictment.

FERNANDO
_____
Defendant

_____
Defense Counsel

**FILED**

JUN 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Before _____
Judicial Officer